# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## NORTHEASTERN DIVISION

| | |
|---|---|
| **CHARLES DABBS and AMANDA DABBS**, on behalf of a Class of persons similarly situated,<br><br>　　Plaintiff,<br><br>vs.<br><br>**NATIONSTAR MORTGAGE LLC d/b/a MR. COOPER**,<br><br>　　Defendant. | Civil Action Number<br>**5:20-cv-01918-AKK** |

## ORDER

Consistent with the plaintiffs' notice of voluntary dismissal, doc. 25, this action is **DISMISSED WITHOUT PREJUDICE**. Costs taxed as paid. The Clerk is directed to close this file.

**DONE** the 8th day of April, 2021.

_____
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE